No. —, original. NEW JERSEY *v.* PENNSYLVANIA. Rule to show cause issued November 14, 1932. Return to rule presented December 19, 1932. Decided January 9, 1933. On consideration of the return to the rule to show cause it is ordered that the motion for leave to file the bill of complaint herein be, and the same hereby is, denied. *Messrs. Wm. A. Stevens*, Attorney General of New Jersey, *Duane E. Minard*, Assistant Attorney General, and *Wm. A. Moore* for complainant. *Messrs. Wm. A. Schnader*, Attorney General of Pennsylvania, and *Herman J. Goldberg*, Deputy Attorney General, for defendant.

No. —, original. EX PARTE LAMKIN ET AL. Motion submitted December 19, 1932. Decided January 9, 1933. Motion for leave to file petition for writ of mandamus denied. *Mr. Wm. R. Watkins* for petitioners.